COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Prentis B. Tomlinson Jr. v. John  Khoury

Appellate case number:    01-19-00183-CV

Trial court case number:  2012-61491

Trial court:               281st District Court of Harris County

    The Motion for Panel Rehearing filed by appellee John Khoury is **denied**.

    It is so ORDERED.

Judge's signature: _/s/ Terry Adams_____
                ☒ Acting for the Court

Panel consist of Chief Justice Radack and Justices Hightower and Adams.

Date:  December 8, 2020